Glenn H. Wechsler, State Bar No. 118456
Lawrence D. Harris, State Bar No. 153350
LAW OFFICES OF GLENN H. WECHSLER
1646 N. Main Street, Suite 450
Walnut Creek, California  94596
Telephone: (925) 274-0200
Email:  *larry@glennwechsler.com*

Attorneys for Defendant
FIRST AMERICAN TITLE
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA DUFFY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITIMORTGAGE, INC., et al.,<br><br>　　　　Defendants. | CASE NO. 2:12-cv-02282-JAM-AC<br><br>Assigned to:  Hon. John A. Mendez<br><br>**ORDER GRANTING FIRST AMERICAN TITLE INSURANCE COMPANY'S  MOTION TO DISMISS COMPLAINT WITH PREJUDICE**<br><br>Date:　　　　January 23, 2013<br>Time:　　　　9:30 a.m.<br>Courtroom:　6, 14th Floor<br>Trial Date:　None |

This matter came on regularly to be heard at the above-stated date and time on the duly noticed motion of Defendant FIRST AMERICAN TITLE INSURANCE COMPANY ("First American" or "Defendant") to dismiss the Complaint with prejudice.  Vernon C. Goins II appeared for Plaintiff; Gary Decker appeared for Defendant First American.  Plaintiff did not submit written opposition, and counsel for Plaintiff stated on the record that he had no opposition to First American's motion.  After hearing oral arguments of the parties and of counsel and considering the moving papers, and in light of

Plaintiff's non-opposition, and good cause appearing therefor, the Court finds that (1) the plaintiff "can prove no set of facts in support of his claim which would entitle him to relief" [*Conley v. Gibson* 335 U.S. 41, 45-46 (1957)]; and (2) that the Complaint is not "plausible on its face" [*Bell Atlantic Corp. v. Twombly,* 550 U.S. 544, 570, 127 S.Ct. 1955, 1974, 167 L.Ed.2d 929 (2007)]. Plaintiff has not stated a claim upon which relief can be granted, and cannot do so [Fed. Rule Civ. Proc. 12(b)(6)].

The Court also finds that counsel for Plaintiff failed to comply with E. Dist. L. R. 230(c) by failing to file a statement of non-opposition, and that sanctions are appropriate.

**NOW THEREFORE**, the Court orders as follows:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**:

Plaintiff's Complaint filed in the Solano County Superior Court on July 23, 2012 and removed to this Court on September 14, 2012 shall be, and hereby is DISMISSED as to Defendant FIRST AMERICAN TITLE INSURANCE COMPANY, with prejudice. Sanctions are imposed on Plaintiff's counsel in the amount of $50.00, which shall be paid within ten (10) days of the date of this Order.

DATED:  January 24, 2013

/s/ John A. Mendez
Hon. John A. Mendez
JUDGE, U. S. DISTRICT COURT

DATED: January 24, 2013         LAW OFFICES OF GLENN H. WECHSLER

By: */s/ Lawrence D. Harris*
LAWRENCE D. HARRIS

G:\Larry\FATCO\Duffy\Order.MTD