**Brian H. Gunn (SBN 192594)**
*bhgunn@wolfewyman.com*
**Shuray Ghorishi (SBN 268232)**
*sghorishi@wolfewyman.com*
**WOLFE & WYMAN LLP**
**2175 North California Blvd. Suite 645**
**Walnut Creek, CA 94596-3502**
**Telephone:  (925) 280-0004**
**Facsimile:  (925) 280-0005**

**Attorneys for Defendant**
**CITIMORTGAGE, INC.**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| CLAUDIA DUFFY,<br><br>          Plaintiff,<br><br>     v.<br><br>CITIMORTGAGE, INC., an enslegis being used to conceal fraud; PAUL FINANCIAL, LLC, an enslegis being used to conceal fraud; NORTHWEST TRUSTEE SERVICES, INC., an enslegis being used to conceal fraud; and FIRST AMERICAN TITLE INSURANCE COMPANY, an enslegis being used to conceal fraud, et al.<br><br>          Defendants. | Case No.: 2:12-cv-02282 JAM KJN<br><br>**ORDER GRANTING MOTION BY DEFENDANT CITIMORTGAGE, INC. TO DISMISS PLAINTIFF'S COMPLAINT AS TO CITIMORTGAGE, INC. AND NORTHWEST TRUSTEE SERVICES, INC.**<br><br>Date:   January 23, 2012<br>Time:  9:30 a.m.<br>Place:  Courtroom 6, 14th Floor<br><br>Hon. John A. Mendez |

Before this Court is the motion by Defendant CITIMORTGAGE, INC. (hereinafter "CMI") to dismiss the Complaint (hereinafter "Motion to Dismiss") filed by plaintiff CLAUDIA DUFFY (hereinafter, "Plaintiff").  The Motion to Dismiss is joined by co-Defendant NORTHWEST TRUSTEE SERVICES, INC. (hereinafter "Northwest Trustee").  The Motion to Dismiss and joinder came on regularly for hearing before this Court on January 23, 2013, at 9:30 a.m. in Courtroom 6, 14th floor of the above-entitled Court.  All appearances are noted on the record.

///

The Court, having read and considered the moving and opposing papers filed in this matter, as well as the oral argument of counsel, being fully advised, and good cause appearing, ORDERS as follows:

IT IS HEREBY ORDERED that Defendant CMI's Motion to Dismiss the Complaint, which was joined by Northwest Trustee, is GRANTED on the ground that Plaintiff has failed to state a claim upon which relief can be granted.

IT IS FURTHER ORDERED that the Complaint is dismissed as against CMI and Northwest Trustee in its entirety and with prejudice.

IT IS SO ORDERED:


DATED:  _1/28/2013_____

/s/ John A. Mendez_____
U. S. DISTRICT COURT JUDGE